# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand twenty-four.

Before:     Alison J. Nathan,
              *Circuit Judge*.

_____

Sam Collins,

        Plaintiff - Appellant,

  v.

Federal Express Corporation,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 24-1478

     Appellant moves for a 7-day extension until October 11, 2024 to file the opening brief.

     IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

                                      For the Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

